1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340-S
       Oakland, California 94612
6      Telephone: (510) 637-3680
       Facsimile:  (510) 637-3724
7      E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA,          )    No. CR 12-0538 YGR
                                       )
14          Plaintiff,                 )
                                       )
15     v.                              )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER CONTINUING MOTION**
16  ALEXIS ISABELL ADAMS and           )    **HEARING**
    MARCUS SHAW,                       )
17                                     )
            Defendant.                 )
18                                     )
                                       )
19  _____)

20          On October 23, 2012, by stipulation and order, the parties set a briefing schedule for

21  defendant Alexis Adams's motion to dismiss the indictment.  The parties agreed, and the Court

22  ordered, that the motion hearing would be held on Thursday, December 13, 2012.  Since that

23  time, government counsel has learned that he will be unavailable on that date and will be out of

24  the district.  The government has also learned that defendant Marcus Shaw has been released

25  from state custody to federal custody in order to face the current charges against him.  The

26  government believes defendant Shaw will arrive in the next several weeks or perhaps sooner.  In

27  light of these developments, and the fact that defendant Adams is out of custody and must travel

28  from out of state to attend court appearances, with the agreement of counsel for the parties and

ORDER CONTINUING HEARING
CR 12-0538 YGR

1  defendant Adams, the Court now finds and holds as follows:

2       1.  The motion hearing set for December 13, 2012, for this case is continued to January

3  10, 2013.

4       2. The briefing scheduled remains unchanged.

5       3.  The parties agree that time under the Speedy Trial Act, 18 U.S.C. § 3161, is

6  automatically excluded during the pendency of defendant Adams's pretrial motion.  18 U.S.C.

7  § 3161(h)(1)(D).

8       IT IS SO STIPULATED.

9

10  DATED: November 27, 2012                    _/s/_____
                                               ELLEN LEONIDA
11                                             Counsel for Alexis Isabell Adams

12

13  DATED: November 27, 2012                    _/s/_____
                                               RANDY SUE POLLOCK
14                                             Counsel for Marcus Shaw

15

16   DATED: November 27, 2012                   _/s/_____
                                               BRIAN C. LEWIS
17                                             Assistant United States Attorney

18

19       IT IS SO ORDERED.

20

21  DATED: November 29, 2012
                                               _____
22                                             YVONNE GONZALEZ ROGERS
                                               United States District Judge

23

24

25

26

27

28

ORDER CONTINUING HEARING
CR 12-0538 YGR                    -2-