STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
ALEXIS ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-538 YGR |
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |
| v. | |
| ALEXIS ADAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of June 20, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for July 25, 2013.

The requested continuance is necessary because the parties have reached an agreement to refer the defendant to pretrial diversion. The government has submitted an application letter, along with discovery, to Pretrial Services and Pretrial Services has interviewed Ms. Adams to evaluate her acceptance into the program. However, Pretrial Services cannot complete their evaluation and prepare a report regarding Ms. Adams' eligibility for the diversion program before July 11, 2013.

The parties agree and stipulate that the time until July 25, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(2) because the ends of justice served by the

granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to complete the application process for the pretrial diversion program. In addition, time is excluded while the defendant demonstrates her good conduct to the government pursuant to 18 U.S.C. § 3161(h)(2).

Date: June 12, 2013          /s/
                             ELLEN V. LEONIDA
                             Assistant Federal Public Defender
                             Counsel for defendant ALEXIS ADAMS


Date: June 12, 2013          /s/
                             BRIAN LEWIS
                             Assistant United States Attorney


ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 25, 2013 at **9:30a.m. (specially set time)**, before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until July 25, 2013 pursuant to 18 U.S.C. § 3161(h)(7) and 18 U.S.C. §3161(h)(2) .

IT IS SO ORDERED.


June 12, 2013
Date                         HON. YVONNE GONZALEZ ROGERS
                             UNITED STATES DISTRICT JUDGE