STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
ALEXIS ADAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-538 YGR |
|---|---|
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| ALEXIS ADAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Alexis Adams may be modified to allow her to travel to Puerto Rico to visit family, between July 15, 2013 and July 20, 2013. She will stay at 6063 Isla Verde Ave, Carolina, while in Puerto Rico. Pretrial Services Officer Tammie Boon is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: July 10, 2013                              /s/
                                                 ELLEN V. LEONIDA
                                                 Assistant Federal Public Defender


DATED: July 10, 2013                              /s/
                                                 BRIAN LEWIS
                                                 Assistant United States Attorney

CR 12-538 YGR
Stip. & Prop. Order to Mod. Pretrial Rel. Cond.          1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Alexis Adams may be modified to allow her to travel to Carolina, Puerto Rico, between July 15, 2013 and July 20, 2013. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: July 10, 2013

_____
DONNA M. RYU
United States Magistrate Judge